UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFEREY W. ALFIERI, | No. 2:16-cv-02668 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| MR. COLLINS, Warden, | |
| Respondent. | |

Petitioner has filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and paid the filing fee. See ECF No. 1.

Petitioner is serving a federal sentence in Texas (previously in Colorado), at the conclusion of which he anticipates being transferred to the custody of the State of California pursuant to a December 2014 sentence imposed by the Sacramento County Superior Court. The instant petition seeks, inter alia, that the State of California immediately assume primary jurisdiction of his custody. Since petitioner may be entitled to the requested relief if the claimed violation of rights is proved, respondent will be directed to file a response.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file an answer or a motion to dismiss within sixty days from the filing date of this order. If an answer is filed, respondent shall include with the answer any

1

and all transcripts or other documents relevant to the determination of the issues presented in the application.

2. Petitioner's traverse, if any, is due within thirty days from the date of service of respondent's answer; an opposition to a motion to dismiss is due within thirty days from the date of service of the motion to dismiss.

3. The Clerk of the Court is directed to serve on the United States Attorney a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

SO ORDERED.

DATED: March 3, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2