UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFEREY W. ALFIERI,<br><br>    Petitioner,<br><br>    v.<br><br>MR. COLLINS, Warden,<br><br>    Respondent. | No. 2:16-cv-02668 MCE AC P<br><br><br><br>ORDER |

Petitioner is a federal prisoner proceeding with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. See ECF No. 1. On July 24, 2017, respondent filed a motion to dismiss this action on several grounds. See ECF No. 20. This court previously directed petitioner to file and serve an opposition to a motion to dismiss within thirty days after service of the motion. See ECF No. 14. This deadline has passed but petitioner has not opposed the pending motion or filed a statement of no opposition.

Ample authority supports the dismissal of an action for failure to respond to a dispositive motion or to comply with a court order. Local Rule 230(l) provides that "[f]ailure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules or a court order "may be grounds for imposition of any

1

and all sanctions authorized by statute or Rule or within the inherent power of the Court." Rule 41(b), Federal Rule of Civil Procedure, provides for the dismissal of an action if the initiating party "fails to prosecute or to comply with these rules or a court order."

Pursuant to these authorities, and good cause appearing, IT IS HEREBY ORDERED that, within fourteen (14) days after service of this order, petitioner shall file and serve an opposition or statement of no opposition to respondent's pending motion to dismiss. Failure to file an opposition will be construed as petitioner's consent to have this action dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

DATED: September 6, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE